# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER B., | ) |
|         Plaintiff, | ) |
| v. | ) Docket No. 1:22-cv-00333-NT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|         Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On September 13, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 19) is hereby **ADOPTED**, the Plaintiff's motion for remand (ECF No. 6) is **DENIED**, and the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

                                                    /s/ Nancy Torresen
                                                    United States District Judge

Dated this 2nd day of October, 2023.